UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LOBO CAPITAL PARTNERS, LLC,

    Plaintiff,

v.

Case No.: 8:12-CV-02029-VMC-AEP

BRIAN FORTE, an individual;
SUCCESS RESOURCES USA, LLC,
a Florida limited liability company; and
TAKE ACTION MEDIA, INC., a Florida
corporation,

    Defendant.
_____/

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

The undersigned hereby discloses the following information pursuant to this Court's Interested Persons Order on behalf of Defendants BRIAN FORTE and SUCCESS RESOURCES USA, LLC:

1.    The name of each person, attorney, association of persons, firm, law firm, partnership and corporation that has or may have an interest in the outcome of this action – including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock and all other identifiable legal entities related to any party in the case:

| | |
|---|---|
| Lobo Capital Partners, LLC | John Williams, Esq. |
| Amy R. Wolfe | Success Resources (UK– International) |
| Joseph Johnson | Forizs & Dogali, P.A. |
| Peter Lowe | Lee Wm. Atkinson, Esq. |
| Tamara Lowe | Timothy Woodward, Esq. |
| Brian Forte | Steven J. Bracci, P.A. |
| Success Resources USA, LLC | Steven J. Bracci, Esq. |
| Keith Jackson | |

2. The name of every other entity whose publicly-traded stock, equity or debt may be substantially affected by the outcome of the proceedings:

None known at this time.

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

None in addition to those listed in paragraph 1 above.

4. The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

Lobo Capital Partners, LLC

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case and will immediately notify the Court in writing on learning of any such conflict.

Dated this 15th day of January, 2013.

**FORIZS & DOGALI, P.A.**

/s/ Lee Wm. Atkinson
Lee Wm. Atkinson
Trial Counsel
Fla. Bar No.: 340375
latkinson@forizs-dogali.com
Timothy D. Woodward
Fla. Bar No.: 0486868
twoodward@forizs-dogali.com
4301 Anchor Plaza Parkway, Suite 300
Tampa, FL 33634
Telephone: (813) 289-0700
Facsimile: (813) 289-9435
*Attorneys for Brian Forte
and Success Resources USA, LLC*