UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LOBO CAPITAL PARTNERS, LLC,

    Plaintiff,

v().    Case No.: 8:12-CV-02029-VMC-AEP

BRIAN FORTE, an individual;
SUCCESS RESOURCES USA, LLC,
a Florida limited liability company; and
TAKE ACTION MEDIA, INC., a Florida
corporation,

    Defendant.

_____/

## DEFENDANTS', BRIAN FORTE AND SUCCESS RESOURCES USA, LLC'S, ANSWER TO COUNT V AND AFFIRMATIVE DEFENSES

Defendants, BRIAN FORTE, individually, and SUCCESS RESOURCES USA, LLC (hereafter "Defendants"), answer Count V of LOBO's Complaint as follows:

### COUNT V

76. Defendants hereby reallege and incorporate by reference the answers previously filed to the allegations contained in Paragraphs 1 through 41 of the Complaint as if previously set forth herein.

77. Denied.

78. Denied.

79. Denied.

### AFFIRMATIVE DEFENSES

To the extent affirmative defenses 1 through 9 previously raised in the Defendants' Answer and Affirmaative Defenses are applicable to the civil conspiracy claim, they are hereby incorporated

and adopted herein by reference as if fully set forth here.

WHEREFORE, Defendants pray this Court enter a judgment against the Plaintiff and in favor of the Defendants on all claims and causes of action contained herein, award Defendants such reasonable attorneys' fees and costs as are required by reciprocal provisions of the Agreement or other statute or entitlements thereto and sending the Defendants hence without day.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 1st day of April, 2013, the foregoing was served via electronic mail to counsel of record.

**FORIZS & DOGALI, P.A.**

/s/ Lee Wm. Atkinson
Lee Wm. Atkinson
Trial Counsel
Fla. Bar No.: 340375
latkinson@forizs-dogali.com
Timothy D. Woodward
Fla. Bar No.: 0486868
twoodward@forizs-dogali.com
4301 Anchor Plaza Parkway, Suite 300
Tampa, FL  33634
Telephone:  (813) 289-0700
Facsimile:   (813) 289-9435
*Attorneys for Brian Forte*
*and Success Resources USA, LLC*