```
              UNITED STATES DISTRICT COURT
               MIDDLE DISTRICT OF FLORIDA
                     TAMPA DIVISION
```

LOBO CAPITAL PARTNERS, LLC,

    Plaintiff,

v.                                Case No. 8:12-cv-2029-T-33AEP

BRIAN FORTE, individual, and
SUCCESS RESOURCES USA, LLC, a
Florida limited company,

    Defendant.
_____/

## MEDIATION REPORT

    In accordance with the Court's mediation order, a mediation conference was held on June 28, 2013. Plaintiff's corporate representative and its trial counsel, Mr. Forte for himself and as corporate representative and their trial counsel attended and participated. Each representative possessed the requisite settlement authority.

    <u>The parties have agreed to keep the mediation open for 60 days.</u>
Done June 28, 2013 in Tampa, Florida.

                                              Respectfully submitted,

                                          <u>/s/ Peter J. Grilli</u>
                                          Peter J. Grilli, Esq.
                                          Florida Bar No. 237851
                                          Mediator
                                          3001 West Azeele Street
                                          Tampa, Florida 33609
                                          813.874.1002    Fax: 813.874.1131
                                          email: meditr@aol.com

    I HEREBY CERTIFY that June 28, 2013 I electronically filed the foregoing document with the United States District Court Electronic Case Filing system, which will electronically send copies to counsel of record.

                                              <u>/s/ Peter J. Grilli</u>
                                              Peter J. Grilli, Esq.